**Order entered May 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00229-CV**

**IN RE HEARTLAND EXPRESS, INC. OF IOWA, Relator**

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00697-D**

**ORDER**
Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We also **LIFT** the stay issued by this Court's March 18, 2022 order.

/s/     CRAIG SMITH
        JUSTICE